O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE TERRELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD,[1] Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　Respondent. | Case No. LA CV 14-8771 VAP (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted;
2. Judgment be entered denying the Petition and dismissing this action without prejudice; and
3. The Clerk serve copies of this Order and the Judgment on the parties.

Additionally, for the reasons set forth in the Report and Recommendation, the

---

[1] The Court *sua sponte* substitutes Jeffrey Beard as the proper Respondent in this action. *See* Fed. R. Civ. P. 25(d).

Court finds that Petitioner has not shown that "jurists of reason would find it debatable whether": (1) "the petition states a valid claim of the denial of a constitutional right"; *and* (2) "the district court was correct in its procedural ruling." *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). Thus, the Court declines to issue a certificate of appealability.

DATED: May 20, 2015__

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE