JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE TERRELL,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD,[1] Secretary of the California Department of Corrections and Rehabilitation,<br><br>    Respondent. | Case No. LA CV 14-8771 VAP (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 20, 2015_____

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

---

[1] The Court *sua sponte* substitutes Jeffrey Beard as the proper Respondent in this action. *See* Fed. R. Civ. P. 25(d).